UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID ERIC DEWBERRY,

       Plaintiff,                                Case No. 09-11967
                                                     HON. BERNARD A. FRIEDMAN

vs.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Virginia Morgan's Report and Recommendation dated November 30, 2009.  No objections were filed thereto.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Virginia Morgan's Report and Recommendation dated November 30, 2009, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is GRANTED.


Dated: January 25, 2010                        _s/Bernard A. Friedman_____
      Detroit, Michigan                    BERNARD A. FRIEDMAN
                                              UNITED STATES DISTRICT JUDGE